

```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   SOUTHERN DISTRICT OF CALIFORNIA
 9   UNITED STATES OF AMERICA,    )   Criminal Case No.  07CR3136-W
                                  )
10             Plaintiff,         )   I N F O R M A T I O N
                                  )
11        v.                      )   Title 8, U.S.C., Sec. 1325 -
                                  )   Illegal Entry (Felony)
12   ANDRES NIEVES-MUNOZ,         )
                                  )
13                                )
               Defendant.         )
14   _____)
15        The United States Attorney charges:
16        On or about October 19, 2007, within the Southern District of
17   California, defendant ANDRES NIEVES-MUNOZ, being an alien,
18   unlawfully entered or attempted to enter the United States at a
19   time and place other than as designated by immigration officers,
20   and eluded examination and inspection by immigration officers, and
21   attempted to enter or obtained entry to the United States by a
22   willfully false or misleading representation or the willful
23   concealment of a material fact; and previously committed the
24   misdemeanor offense of illegal entry, as evidenced by his
25   conviction for violation of Title 8, United States Code,
26   Section 1325, Criminal Case No. 04-01542, in the United States
27   //
28
```

1  District Court for the District of Arizona; all in violation of
2  Title 8, United States Code, Section 1325, a felony.
3       DATED: November 15, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ John J. Weu*

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh:Imperial
11/15/07