1

**JODI D. THORP**
California State Bar No. 223663

2

**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900

3

San Diego, California 92101-5008
Telephone: (619) 234-8467

4

Facsimile: (619) 687-2666
jodi_thorp@fd.org

5

6

Attorneys for Defendant Mr. Nieves-Munoz

7

8

UNITED STATES DISTRICT COURT

9

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

**(HONORABLE THOMAS J. WHELAN)**

11

UNITED STATES OF AMERICA,           )    Case No. 07mj07cr3136-TJW
                                     )
12

                   Plaintiff,        )
                                     )
13

v.                                   )
                                     )    **NOTICE OF APPEARANCE**
14

ANDRES NIEVES-MUNOZ,                 )
                                     )
15

                   Defendant.        )
                                     )
16

17

        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18

Jodi D. Thorp, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19

above-captioned case.

20

        Respectfully submitted,

21

22

Dated: November 26, 2007                 *s/ Jodi D. Thorp*
                                         JODI D. THORP

23

                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant

24

                                         jodi_thorp@fd.org

25

26

27

28