**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:  (619) 234-8467
Facsimile:   (619) 687-2666
jodi_thorp@fd.org

Attorneys for Mr. Nieves-Munoz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3136-TJW |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| ANDRES NIEVES-MUNOZ, | ) | |
| Defendant. | ) | |

            Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

            **Assistant United States Attorney**
            efile.dkt.nes@usdoj.gov

Dated: November 26, 2007                                    _s/ Jodi D. Thorp_
                                                           **JODI D. THORP**
                                                           Federal Defenders
                                                           225 Broadway, Suite 900
                                                           San Diego, CA 92101-5030
                                                           (619) 234-8467  (tel)
                                                           (619) 687-2666  (fax)
                                                           e-mail: jodi_thorp@fd.org