1  **JODI DENISE THORP**
California State Bar No. 223667
2  427 "C" Street, Suite 300
San Diego, California  92101
3  Telephone:  (619) 233-3169
Fax: (619) 223-3569
4  email: jodithorp@thorplawoffice.com

5  Attorneys for Andres Nieves-Munoz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3136-TJW |
| Plaintiff, ) | |
| ) | DATE: January 8, 2008 |
| v. ) | |
| ) | TIME: 9:00 a.m. |
| ANDRES NIEVES-MUNOZ ) | |
| Defendant. ) | |
| ) | CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:       January 7, 2007              /s/ Jodi D. Thorp

                                           JODI D. THORP
                                           Counsel for Mr. Nieves-Munoz